AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
V.
PAULETTE ALLEN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6326**

CR-FERGUSON

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PAULETTE ALLEN___
Name

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
False statements to a U.S. agency, and making a false statement in application for U.S. passport, and false oath,

in violation of Title ___18___ United States Code, Section(s) ___1001, 1542, and 1621___

CLARENCE
MADDOX
Name of Issuing Officer

CLERK OF COURT/COURT ADMINISTRATOR
Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Bail fixed at $ PRE-TRIAL DETENTION    by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | MIGUEL EVERSLEY, SPECIAL AGENT STATE DEPARTMENT (305) 536-5781 | |

This form was electronically produced by Elite Federal Forms, Inc