U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Paulette Allen (J)#   CASE NO: 00-6326-CR-Ferguson
AUSA: Steven Petri *present*   ATTNY: _____
AGENT: _____   VIOL: 18:1001, 1542, 1621
PROCEEDING: Initial Appearance   BOND REC: PTD

BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
     ___ Electronic Monitoring

Δ - advised of charges
- will hire atty.
Laurence B. Wolk
7fl.
(568-6900)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL | 12-1-00 | 11:00am | 1355 |
| PTD/BOND HEARING: | 12-4-00 | 11:00am | SNOW |
| PRELIM/ARRAIGN. REMOVAL: | 12-4-00 | 11:00am | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 11-28-00   TIME: 11:00am   TAPE # 00-094 PG# 3
3069 - 3500 csl