| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>-vs-<br>Paulette Violet Allen<br>Defendant | Case Number: CR 00-6326-CR-Ferg<br>REPORT COMMENCING CRIMINAL ACTION<br><br>5556-3-004 |

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11/28/00   am/pm 8:00

(2) Languge Spoken: English

(3) Offense(s) Charged: 18 USC 1542 Passport Fraud
                        18 USC 911 False Statement
                        Claim to US Citz.

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 12/20/68

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District (Broward)

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 11/28/00   (9) Arresting Officer: Eversley Miguel
(10) Agency: Department of State   (11) Phone: 305-536-5781
(12) Comments: _____