AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA   523851

UNITED STATES OF AMERICA

v.

PAULETTE ALLEN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6326**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   PAULETTE ALLEN
Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
False statements to a U.S. agency, and making a false statement in application for U.S. passport, and false oath,

in violation of Title  18  United States Code, Section(s)  1001, 1542, and 1621

CLARENCE
MADDOX
Name of Issuing Officer

CLERK OF COURT/COURT ADMINISTRATOR
Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Bail fixed at $  PRE-TRIAL DETENTION   by   
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ft. Lauderdale, Fl |

| DATE RECEIVED 11/21/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal Southern District of Florida MIGUEL EVERSLEY, SPECIAL AGENT STATE DEPARTMENT (305) 536-5781 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/28/00 | | Edward Purchase, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc