| | | | |
|---|---|---|---|
| DEFT: | Paulette Allen (J)# | CASE NO: | 00-6326-CR-Ferguson |
| AUSA: | Steve Petri /Larry | ATTNY: | Bernardo Lopez |
| AGENT: | Banfield | VIOL: | |
| PROCEEDING: | Inquiry re Counsel | BOND REC: | APD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: APD

____ BOND SET @

CO-SIGNATURES: _____   DEC 1

SPECIAL CONDITIONS: (Atty Lawrence Wite)

△ - atty hasn't communicated with deft yet

△ - sworn for counsel
△ Partially indigent / must deposit $250 into Registry of Ct w/ 30 days

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING:    12-4-00    11:00am    LSS
PRELIM/ARRAIGN. OR REMOVAL    12-4-00    11:00am    LSS
STATUS CONFERENCE partial indigence    12-29-00    11:00am    BSS
DATE:    12-4-00    TIME:    11:00am    TAPE # 00-096/097 PG #

2960 - 384
Recalled - 098-097
             336-252