UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *OO-6326-CR-Ferguson*

UNITED STATES OF AMERICA

O R D E R

vs

*Paulette Allen*

X / Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
          for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE:_____
          __/Felony                    _____/Misdemeanor

Because the above defendant has testified under oath and has
otherwise satisfied this Court that he or she: (1) is financially
unable to employ counsel, and (2) does not wish to waive counsel,
and because the interests of justice so require, the Federal Public
Defender named below is hereby appointed to represent this
defendant in the above designated case until relieved by Order of
this District Court:

Federal Public Defender
101 N. E. 3rd Avenue, Suite 202
Ft. Lauderdale, FL  33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __/__day of
*December*, 20*00*.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services