## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: PAULETTE ALLEN (J) #55563-004      CASE NO: 00-6326-CR-FERGUSON

AUSA: STEVEN PETRI       ATTY: FPD

AGENT: _____       VIOL: _____

PROCEEDING: PTD / ARRAIGNMENT      RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no       COUNSEL APPOINTED: _____

BOND SET @: 150,000 CSB w/ Nebbia       To be cosigned by: _____

*stipulated bond*
*gov't reserves the right*
*to request PTD should*
*deft seek to post or*
*reduce the bond.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED by _____ D.C.
DEC 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE:    12-27    11    Seltzer

DATE: 12/4/00    TIME: 11:00    FTL/LSS TAPE # 00 - 060    Begin _____ End. 2/70

2129

P
11