UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6326-CR-FERGUSON

UNITED STATES OF AMERICA

vs

PAULETTE ALLEN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 4, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: __CUSTODY__

                 Telephone:_____

DEFENSE COUNSEL: Name: ____FPD_____

                 Address:_____

                 Telephone:_____

BOND SET/CONTINUED:  $ _150,000 CSD w/Nebbia_

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __4TH__ day of __DECEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_
Deputy Clerk

Tape No. ___00-060___

cc: Copy for Judge
    U. S. Attorney