UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6326-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
)
v. )
)
PAULETE ALLEN, )

**NIGHT BOX FILED**
DEC 2 0 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

)
)
)
Defendant. )
_____ )

### GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

 A. 1. The defendant made no written or recorded statements to law enforcement pertaining to this indictment.

   2. The defendant made a statement after Miranda warnings after requesting an attorney. Upon being



told this was her chance to cooperate, she said she had purchased the documents (the birth certificate). Based upon the inappropriateness of this inquiry, the government will not be introducing this statement in its case in chief, but does want to reserve the right to use the statement if the defendant takes the stand and testifies inconsistently with it. Other statements made by the defendant were to her state probation officer who she told that she had a husband and three children living in Jamaica. She said she does not know the last name of the person who raised her, and did not know her parents' names. When asked for a birth certificate by her probation officer, she said she did not have one. She said she did not know of any brothers or sisters.

3.  No defendant testified before the Grand Jury.

4.  A copy of the defendant's criminal history will be provided as soon as received by this office.

5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney. Undersigned counsel has attached some of the pertinent records.

6.  There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.  The government will disclose any information or material which may be favorable on the issues of

|   |   |
|---|---|
|   | guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). At present, the undersigned AUSA is unaware of any Brady information. |
| D. | The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). At present, no government witnesses have received any benefits of this type. |
| E. | The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. At present, the government does not expect to be calling any such witness at trial. |
| F. | The defendant was not identified in a show up. |
| G. | The government has advised its agents and officers involved in this case to preserve all rough notes. |
| H. | The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine). |
| I. | The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance. |
| J. | The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause. |
| K. | No contraband is involved in this indictment. |

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.  The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.  To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.  At the discovery conference to be scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial. In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi

defense; the approximate time, date, and place of the offense was as specified in the indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Steven R. Petri
STEVEN R. PETRI
Assistant United States Attorney
Federal Bar No. A5500048
500 East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 Ex. 3599
Fax: (954) 356-7366

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 20th day of December, 2000 to: Daryl Wilcox, AFPD, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale FL 33301.

/s/ Steven R. Petri
Steven R. Petri
Assistant United States Attorney

5

**HEALTH**

Jeb Bush  
Governor

Robert G. Brooks, M.D.  
Secretary

October 30, 2000

United States Department of State  
Bureau of Diplomatic Security  
Attn: Miguel A. Eversley, SA  
Room 404, Federal Building  
51 S.W. First Avenue  
Miami, Florida 33130

Dear Mr. Eversley:

This is in follow up to your fax request of Monday, October 30.

After a careful review of the document submitted, the following observations are noted.

- The format for recording and submitting a birth record from the hospital was used from January 1976 through May 1977. It was not in existence in 1968.

- A very careful search of the information did not review a birth record in our registry for Paulette Voilet Allen. Nor did we find that Merlita Mowatt gave birth to any children in Florida.

- The name in item 11a. Registrar Signature appears as Lulu E. Hopkins, actually Mrs. Hopkins was in Lee County Health Department in the capacity of Deputy Registrar from 1977 through 1982.

Please feel free to telephone me should you have any additional questions. I can be reached at (904) 359-6922 or by writing to the address below.

Sincerely,

*Priscilla R. Smith*

Priscilla R. Smith  
Senior Management Analyst II  
Office of Vital Statistics

PRS/ps

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

October 30, 2000

Bureau of Diplomatic Security
Attn: Miguel A. Eversley, SA
51 S. W. First Avenue, Room 404, Federal Building
Miami, FL. 33130

Dear Applicant,

This is to certify that a thorough search of the central registry of Florida containing all counties in Florida has failed to locate a record that falls within the criteria specified below:

Type of Event:          Birth

Name(s):                Paulette Violet Allen

Calendar year(s) searched:   1968

This statement may be used as prima facie evidence that based upon the information provided, the event is not recorded in this registry.

Sincerely,

*Ken Jones*

Kenneth T. Jones
Deputy State Registrar
State Office of Vital Statistics

DOH Form 1226, Apr 90

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY                                                State Registrar



**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.
THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

12125097

DOH FORM 1654 (10/98)

FLORIDA DEPARTMENT OF HEALTH

**CERTIFICATION OF VITAL RECORD**

# COMPLAINT AFFIDAVIT

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

**ARREST FORM**

BROWARD COUNTY ARREST #: PC4634

| Filing Agency | Offense Report | Local ID # 279660 | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| Pcd | 00-57273 | 279660 | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| Allen | Paulette | Violet | | | |

| Race | Sex | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars, marks, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| B | F | 56 | Brn | Blk | 20 | DC | 31 | | Jamaica | |

Permanent Address: 5829 NW 17 pl Apt 6 Sunrise Fl

Local Address:

Residence Type: (1) City (2) County (3) Florida (4) Out of State

Place of Employment: Unemployed

How long defendant in Broward County:

Breathalyser by/CCN:

Reading:

Place of arrest: 901 SE 17 St

Date/time arrested: 5/3/00 1251

Arresting officer(s) CCN: Burgen 1125

Officer injured: Y ☐ N ☑

Unit: 02234

Zone: 302

Beat: 13

Shift: 2

Trans. Unit:

PMD: Y ☐ N ☐

Transporting officer/CCN:

Pick-up time:
Time arrived at BSO:

Drug Type:

Type: N-N/A C-Cocaine A-Amphetamine E-Heroin
B-Barbiturate H-Hallucinogen M-Marijuana O-Opium
P-Paraphernalia Equipment S-Synthetic U-Unknown Z-Other

Activity: N-NA P-Possess S-Sell

B-Buy T-Traffic A-Smuggle D-Deliver

E-Use M-Manufacture Produce/ Cultivate

K-Dispense Distribute Z-Other

Indication of: Alcohol influence Drug influence

Y N UK

Defendant's Vehicle Make: Dodge Type: 4D Year: Color: Gray VIN: 2B3HD46R0XH67370

Tag #: A-05436

Attach Defendant's Photo

Vehicle towed to:

Other identifiers or remarks:

Name of victim(s) (if corporation, exact legal name and state of incorporation):
Sally Fox / Golden Diversified Services
809 NE 20 Ave Ft Laud FL (954) 537-6054

| Count # | Offenses Charged | Citation # if Applicable | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | Grand Larceny | | 812.014 |

## Probable Cause Affidavit

Before me this date personally appeared Burgen, M, 901 SE 17 St Ft Laud (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows: Broward FL

Responded to the bank ref a bad check. Upon arrival Bank personel advised that Co-Def Coleman was trying to cash a stolen check. Upon contact with Co-def Coleman, he advised that Def wrote the Check to Coleman and told Coleman to cash the Check while Def waited outside in her vehicle.

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature: Burgen

Officer's Name/CCN: Burgess 1125

Officer's Division: Patrol

STATE OF FLORIDA  COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 3 day of May (year) 2000, who is personally known to me or who has produced (ID type) _____ as identification and who _____ (did or did not) take an oath.

(SEAL OR STAMP IF APPLICABLE)

Deputy Clerk of the Court, Notary Public, or Assistant State Attorney

Title or Rank/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSO DB-#2 (Revised 6/91)

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION.)

Distribution:
Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

# COMPLAINT AFFIDAVIT / PROBABLE CAUSE AFFIDAVIT CONTINUATION — ARREST FORM

BROWARD COUNTY

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen | Paulette | | | 504 | 200 | B | F | 12-08-00 | -5707 | Burgen /125 |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | Grand Larceny | | 812.014 |

Before me this date personally appeared **Burgen, M** deposes and says that on **3** day **May**, **2000** at **901 SE 17st** who being first duly sworn (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

Contact was made with Def outside in her vehicle. Def stated that the check was given to her by her employer Suzby Rose. Rose advised that the check was stolen. Def ~~was arrested~~ was taken into custody and transported to fLpd jail.

I swear the above statement is correct and true to the best of my knowledge and belief.

**Burgen** — OFFICER/AFFIANT'S SIGNATURE
**Burgess 1125** — OFFICER'S NAME/CCN
**Patrol** — OFFICER'S DIVISION

STATE OF **FL** COUNTY OF **Broward**

The foregoing instrument was acknowledged before me this **3** day of **May**, **2000**, who is personally known to me or who has produced (ID Type) **FL DL** as identification and who (DID or DID NOT) take an oath.

**Louise 1016** — DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY
**Dee** — TITLE OR RANK/CCN

(SEAL OR STAMP)

Ong - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY

FIRST APPEARANCE/ARREST FORM



# SECURITY ADMINISTRATION
## Application for a Social Security Card

**INSTRUCTIONS**
- Please read "How To Complete This Form" on page 2.
- Print or type using black or blue ink. DO NOT USE PENCIL.
- After you complete this form, take or mail it along with the required documents to your nearest Social Security office.
- If you are completing this form for someone else, answer the questions as they apply to that person. Then, sign your name in question 16.

1. **NAME** To Be Shown On Card — FIRST: Paulette  FULL MIDDLE NAME: Violet  LAST: Allen
   FULL NAME AT BIRTH IF OTHER THAN ABOVE
   OTHER NAMES USED

2. **MAILING ADDRESS** — STREET: 1185 N State Road 7 Apt 219
   CITY: Lauderhill  STATE: Florida  ZIP: 33313

3. **CITIZENSHIP** — ☑ U.S. Citizen

4. **SEX** — ☑ Female

5. **RACE/ETHNIC DESCRIPTION** — ☑ Other

6. **DATE OF BIRTH**: 12-20-86

7. **PLACE OF BIRTH**: Fort Myers Florida

8. **MOTHER'S MAIDEN NAME**: Della Inmon

9. **FATHER'S NAME**: Alphanso Allen

10. Has the person in item 1 ever received a Social Security number before? ☑ No

14. **TODAY'S DATE**: 4-12-96

15. **DAYTIME PHONE NUMBER**: 305 735-0609

16. **YOUR SIGNATURE**: Della Inmon

17. **YOUR RELATIONSHIP TO THE PERSON IN ITEM 1**: ☑ Natural Or Adoptive Parent

DOC: 657

EVIDENCE SUBMITTED:
BC - See G  X - DOB 12/20/86

Form SS-5

3

# Application for a Social Security Card

| | | First | Full Middle Name | Last |
|---|---|---|---|---|
| 1 | NAME TO BE SHOWN ON CARD | | | |
| | FULL NAME AT BIRTH IF OTHER THAN ABOVE | Paulette | Violet | Allen |
| | OTHER NAMES USED | | | |

2. **MAILING ADDRESS** (Do Not Abbreviate)
Street Address, Apt. No., PO Box, Rural Route No: 6829 NW 17 PL APT #6
City: Sunrise  State: Florida  Zip Code: 33313

3. **CITIZENSHIP** (Check One): ☒ U.S. Citizen ☐ Legal Alien Allowed To Work ☐ Legal Alien Not Allowed To Work ☐ Other (See Instructions On Page 1)

4. **SEX**: ☐ Male ☒ Female

5. **RACE/ETHNIC DESCRIPTION** (Check One Only—Voluntary): ☐ Asian, Asian-American or Pacific Islander ☐ Hispanic ☒ Black (Not Hispanic) ☐ North American Indian or Alaskan Native ☐ White (Not Hispanic)

6. **DATE OF BIRTH**: Dec. 20. 68 (Month, Day, Year)

7. **PLACE OF BIRTH** (Do Not Abbreviate): Fort Myers  LEE  (City, State or Foreign Country)

8. A. **MOTHER'S MAIDEN NAME**: First: Pecola  Full Middle Name: ___  Last Name At Her Birth: Daonf
   B. **MOTHER'S SOCIAL SECURITY NUMBER** (Complete only if applying for a number for a child under age 18.): 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

9. A. **FATHER'S NAME**: First: Alphonso  Full Middle Name: ___  Last: Allen
   B. **FATHER'S SOCIAL SECURITY NUMBER** (Complete only if applying for a number for a child under age 18.): ___

10. Has the applicant or anyone acting on his/her behalf ever filed for or received a Social Security number card before?
   ☒ Yes (If "yes", answer questions 11-13.) ☐ No (If "no", go on to question 14.) ☐ Don't Know (If "don't know", go on to question 14.)

11. Enter the Social Security number previously assigned to the person listed in item 1.: 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

12. Enter the name shown on the most recent Social Security card issued for the person listed in item 1.: Allen  Violet  Paulette

13. Enter any different date of birth if used on an earlier application for a card.: ___

14. **TODAY'S DATE**: June 14, 2000

15. **DAYTIME PHONE NUMBER**: (954) 672-3005

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

16. **YOUR SIGNATURE**: [signature]

17. **YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS**: ☒ Self ☐ Natural or Adoptive Parent ☐ Legal Guardian ☐ Other (Specify)

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

NPN ___ DOC 09 NTI ___ CAN ___ ITV ___
PBC M EVI Y EVA Y EVC N PRA ___ NWR ___ DNR ___ UNIT SA9

EVIDENCE SUBMITTED: RDL A450678685  960 Oios 4/30/98

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW: [signature] 6/14/00  DATE

DCL ___ DATE ___

Form SS-5 (2-98) Destroy Prior Editions

TOTAL P.06