HONORABLE MAGISTRATE JUDGE BARRY S. SELTZER

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PAULETTE ALLEN_____ CASE NO: __00-6326-CR-FERGUSON__

AUSA __STEVE PETRI__ /Kaplan  ATTY __FPD__  — Tim Day for Wilcox

*his out; no pending motions. possible plea*

00-101
© 1170

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __12/27/00_____ TIME __11:00_____

18