UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6326-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

PAULETTE ALLEN,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on December 27, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require three days to try. A plea disposition, however, is probable.

2. Defense counsel informed the Court that he has received the Government's discovery response and that this matter will likely be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 27th day of December 2000.

Barry Seltzer
BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Steve Petri, Esquire
Assistant United States Attorney

Daryl Wilcox, Esquire
Federal Public Defender's Office
Attorney for Defendant