## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | PAULETTE ALLEN (J) | CASE NO: | 00-6326-CR-FERGUSON |
| AUSA: | STEVE PETRI / Kaplan | ATTY: | FPD Linibe for Welco |
| AGENT: | | VIOL: | |
| PROCEEDING: | STATUS ON PARTIAL INDIGENCE | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.     Add'l 2 weeks requested
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: indigency | 1-16 | 11 | BSS | |

DATE: 12/29/00   TIME: 11:00   FTL/BSS TAPE # 00 - 102   Begin: 303   End: 377