UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6326

    Plaintiff,   JUDGE: FERGUSON

v.

PAULETTE ALLEN,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS ATTORNEY
## OF RECORD AND WRITTEN PLEA

**TO THE CLERK OF THE ABOVE COURT:**

You will please enter my appearance this date as attorney of record for the Defendant aforesaid in the above-styled cause. You will please further note demand on behalf of the Defendant for a copy of the Indictment, Information, Complaint or charging document filed in this cause upon which prosecution shall be predicated. Defendant, PAULETTE ALLEN, hereby enters a plea of not guilty and if being required to plea, hereby stands mute and demands a trial by jury.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to Steven Petri, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394 this 27th day of December, 2000.

                LAW OFFICES OF BARBARA J. BRUSH, P.A.

                By: _____
                    BARBARA J. BRUSH
                Attorney for Defendant
                515 East Las Olas Boulevard, Suite 1150
                Ft. Lauderdale, Florida 33301
                (954) 764-8811
                Fla. Bar No. 762768

NON-COMPLIANCE OF S.D. fla. L.R. 5/B