UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6326-CR-FERGUSON/Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PAULETTE ALLEN
    Defendant.
_____/

## MOTION TO VACATE PARTIAL INDIGENCY ORDER

The Federal Public Defender respectfully moves that the Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds wherein the Defendant, Paulette Allen, was ordered to pay a sum of $250.00 to the Clerk of Court for deposit into the Treasury, pursuant to 18 U.S.C. § 3006A(C) be vacated as the Defendant has retained Barbara J. Brush, of 515 East Las Olas Boulevard, Suite 1150, Fort Lauderdale, Florida 33301, to represent her in this proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 838845
    101 N.E. 3rd Avenue, Suite 202
    Ft. Lauderdale, Florida 33301
    (954) 356-7436 / FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this **3rd** Day of January, 2001, to Steven Petri Assistant United States Attorney, at 500 E. Broward Boulevard, Suite 500, Ft. Lauderdale, FL 33301 and Barbara J. Brush, of 515 East Las Olas Boulevard, Suite 1150, Fort Lauderdale, Florida 33301.

_____
Daryl E. Wilcox