UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6326-CR-FERGUSON/Seltzer

UNITED STATES OF AMERICA,
Plaintiff,

v.

PAULETTE ALLEN
Defendant.
_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that the appointment as counsel for the Defendant, Paulette Allen, be terminated as the Defendant has retained Barbara J. Brush, of 515 East Las Olas Boulevard, Suite 1150, Fort Lauderdale, Florida 33301, to represent her in this proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this **3rd** Day of January, 2001, to Steven Petri Assistant United States Attorney, at 500 E. Broward Boulevard, Suite 500, Ft. Lauderdale, FL 33301 and Barbara J. Brush, of 515 East Las Olas Boulevard, Suite 1150, Fort Lauderdale, Florida 33301.

_____
Daryl E. Wilcox