UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6326-CR-FERGUSON/Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PAULETTE ALLEN
    Defendant.
_____/

### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Paulette Allen, has retained, Barbara J. Brush, to represent her in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and they are relieved of further duties in this cause.

DONE AND ORDERED this ____ day of January, 2001 at Fort Lauderdale, Florida.

                                               ~~WILKIE D. FERGUSON~~
                                               UNITED STATES ~~DISTRICT~~ JUDGE
                                                          Magistrate

cc: counsel of record