UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6326-CR-FERGUSON/Seltzer

UNITED STATES OF AMERICA,
Plaintiff,

v.

PAULETTE ALLEN
Defendant.
_____/



## ORDER GRANTING
## MOTION TO VACATE PARTIAL INDIGENCY ORDER

It appearing to the Court that the Defendant, Paulette Allen, was ordered to pay a sum of $250.00 to the Clerk of Court for deposit into the Treasury, it is accordingly,

ORDERED AND ADJUDGED that this order is vacated as the Defendant has retained Barbara J. Brush, 515 East Las Olas Blvd., Suite 1150, Fort Lauderdale, Florida 33301, to represent her in this proceeding.

DONE AND ORDERED this 4th day of January, 2001, at Fort Lauderdale, Florida.

Barry S. Seltzer
United States Magistrate Judge

cc: counsel of record

