FILED by _____ D.C.
JAN 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6326-CR-_

DEFENDANT _Paulette Allen_   JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_   DATE _January 16, 2001_

Court Reporter _Paul Haferling_   USPO _____

AUSA _Steven Petri_   Deft's Counsel _Andrew Rivash_

COUNTS DISMISSED ___All Others___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE
Imprisonment   Years ___ Months _Time Served_ Counts _1 & 4_

_Right to Appeal_

Supervised Release _2 yr (See ¶ C for detail)_

Probation   Years _____ Months _____ Counts _____

Comments _____

Assessment $ _200.00_   Fine $ _None_

Restitution /Other _____

CUSTODY
_✓_ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

p
27