# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **PAULETTE ALLEN, (J) 55563-004** | Case Number: **0:00CR06326-001** |

Steven Petri, AUSA / Barbara Brush, Esq.

D.C.

**THE DEFENDANT:**    Defendant's Attorney

FILED by ___

☑ pleaded guilty to count(s)    One and Four of the Indictment on January 16, 2001

JAN 3 1 2001

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1001 | Making a false statement to the Social Security Administration. | 04/10/2000 | 1 |
| 18 U.S.C. § 1542 | Making a false statement in a passport application. | 06/22/1996 | 4 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____    N/A

☐ Count(s)  **All Others** _____    are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | **01/16/2000** |
| Defendant's Date of Birth: **12/20/1968** | Date of Imposition of Judgment |
| Defendant's USM No.: **55563-004** | |
| Defendant's Residence Address: | |

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**

**UNITED STATES DISTRICT JUDGE**

Defendant's Mailing Address:    Name & Title of Judicial Officer

01/31/01

| | | | |
|---|---|---|---|
| **Miami** | | **FL** **33239** | Date |



No further action **required by**
the U.S. Marshals **Service.**

UNITED STATES **MARSHAL**

Robert Broadus, SDUSM